AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tallman, Richard C. | U.S. Court of Appeals, Ninth Circuit | 05/10/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States Circuit Judge | Nomination, Date<br>Initial ☐ Annual ☑ Final ☐ <br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| William K. Nakamura United States Courthouse<br>1010 Fifth Avenue, Suite 902<br>Seattle, Washington 98104-1130 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Board Member | Chief Seattle Council, Boy Scouts of America |
| 2. Member | Northwestern University School of Law Advisory Board |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 10:36

Tallman, Richard C.

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Washington State Department of Retirement Systems |
| 2. 2009 | Prudential Insurance Company |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Northwestern University School of Law | April 2-5, 2009 | Chicago, IL. | Law Board Meeting | Transportation, Lodging, Meals |
| 2. | Northwestern University School of Law | May 14-16, 2009 | Chicago, IL | Law School Commencement Speaker | Transportation, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Prudential Retirement Funds: | | None | M | T | | | | | |
| 2. | - PIMCO Total Return Instl. Fund | | | M | T | | | | | |
| 3. | - Dodge & Cox Stock Fund (see Part VIII note 1) | | | | | Sold | 02/01/09 | J | | |
| 4. | -Hotchkis & Wiley Small-Cap Value Fund (see Part VIII n. 1) | | | | | Sold | 02/01/09 | J | | |
| 5. | - Euro Pacific Growth Fund (see Part VIII note 1) | | | | | Sold | 02/01/09 | K | | |
| 6. | - Vanguard Inst'l Fund (see Part VIII note 1) | | | | | Sold | 02/01/09 | L | | |
| 7. | - Drefus Sm Cap Index | | | L | T | | | | | |
| 8. | - Vanguard Admiral Money Market (see Part VIII, note 2) | | | | | Sold | 08/11/09 | L | | |
| 9. | Wells Fargo Bank Checking/Savings accts | A | Interest | J | T | | | | | |
| 10. | Seattle City Credit Union, checking & savings accounts | A | Interest | J | T | | | | | |
| 11. | JPMorgan Chase Bank Checking/Savings Accts | A | Interest | J | T | | | | | |
| 12. | Vanguard Group Funds: | | None | O | T | | | | | |
| 13. | - Vanguard 500 Index | | | M | T | | | | | |
| 14. | - Vanguard Explorer | | | M | T | | | | | |
| 15. | - Vanguard Social Index (see Part VIII, note 3) | | | | | Sold | 08/11/09 | K | | |
| 16. | - Vanguard PRIMECAP Core | | | L | T | | | | | |
| 17. | - Vanguard GNMA | | | L | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Vanguard High-Yield Corporate | | | K | T | | | | | |
| 19. - Vanguard International Growth | | | L | T | | | | | |
| 20. - Vanguard Short Term Inv Grade | | | L | T | | | | | |
| 21. Aetna Universal Life Ins. | | None | J | T | | | | | |
| 22. MetLife Flexible Premium Life Ins.: | | None | J | T | | | | | |
| 23. - Equity Inc. | | | J | T | | | | | |
| 24. - Growth | | | J | T | | | | | |
| 25. - Voyager | | | J | T | | | | | |
| 26. Bank of America, Checking & Savings Accounts | A | Interest | J | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)            L =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tallman, Richard C. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII, lines 3-6: Portion of portfolio sold and reallocated to Pimco Total Return Inst'l Fund and Drefus Sm Cap Index Fund.

2. Sold to buy Vanguard Short Term Inv Grade fund

3. Exchange into Vanguard PRIMECAP Core fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Tallman, Richard C. | 05/10/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544